# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MONIQUE BRITTEN,<br><br>                    Defendant. | CASE NO. 11CR3789-BEN<br><br>**JUDGMENT OF DISMISSAL**<br><br>FILED<br>OCT 1 3 2011 |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

21:952 and 960

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 13, 2011

                                    William V. Gallo
                                    U.S. Magistrate Judge